■ In the Matter of Lester S., Appellant.— Order of the Family Court, Kings County, dated August 7, 1968, affirmed, without costs. We are of the opinion that the determination of the Family Court was supported by a preponderance of the evidence. (Cf. *Matter of Samuel W.*, 24 N Y 2d 196.) Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.